UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAREN CONNOLLY, | ) | Case No.: 5:14-CV-01344-LHK |
| Plaintiff, | ) ) | ORDER ON HEARING AND CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| WOLFGANG REMKES; WHJR ASSOCIATES, a sole proprietorship; and DOES 1 through 25, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendants' motion to dismiss (ECF No. 12) appropriate for determination without oral argument, and hereby VACATES the hearing scheduled for September 25, 2014.  The case management conference set for September 25, 2014, is continued to October 29, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 23, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:14-CV-01344-LHK
ORDER ON HEARING AND CASE MANAGEMENT CONFERENCE