1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11  KAREN CONNOLLY,                    )    Case No.: 5:14-CV-01344-LHK
                                       )
12              Plaintiff,             )    CASE MANAGEMENT ORDER
                                       )
13          v.                         )
                                       )
14  WOLFGANG REMKES; WHJR ASSOCIATES,  )
    a sole proprietorship; and DOES 1 through 25, )
15  inclusive,                         )
                                       )
16              Defendants.            )
    _____)

17
18  Clerk:  Stacy Sakamoto          Plaintiff's Attorneys: Peter O'Brien
    Reporter:  Lee-Anne Shortridge  Defendants' Attorneys: Kevin Woods

19      A case management conference was held on October 29, 2014.  A further case management
20  conference is set for February 18, 2015, at 2:00 p.m.

21      As discussed at the case management conference, Connolly may amend her Complaint in
    response to the Court's Order (ECF No. 30) by November 24, 2014.

22      The Court set the following schedule:

23  LAST DAY TO AMEND PLEADINGS/ADD PARTIES is January 30, 2015.

    FACT DISCOVERY CUTOFF is June 15, 2015.
24
    EXPERT DISCOVERY:
25
26          Opening Reports: June 22, 2015
            Rebuttal Reports: July 6, 2015
27          Cut-off: July 24, 2015

28  DISPOSITIVE MOTIONS: Each side shall be limited to filing only one motion for summary
            judgment and adjudication, partial or otherwise, during the duration of this case.

**United States District Court**
For the Northern District of California

Motions: July 31, 2015
Oppositions: August 14, 2015
Replies: August 21, 2015
Hearing: September 17, 2015, at 1:30 p.m.

PRETRIAL DEADLINES (per Court's Guidelines for Final Pretrial Conference in Jury Trials):

Deadline to meet and confer regarding pretrial conference: October 22, 2015
Deadline to submit joint pretrial statement and order, exchange exhibits, and file motions in limine: October 29, 2015

PRETRIAL CONFERENCE DATE is November 12, 2015, at 1:30 p.m.

JURY TRIAL DATE is December 7, 2015, at 9:00 a.m. in Courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 4 days.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 5:14-CV-01344-LHK
CASE MANAGEMENT ORDER